1092

No. 79–5914. HUMBEL *v.* FOLTZ, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 79–5922. LAJUNE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–5923. KARSKY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 79–5924. GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–5928. GAMBLE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–5955. MAHLER *v.* NELSON, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 79–5960. ADAM ET AL. *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 79–5963. NELSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–5967. LYONS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–5972. NOLEN *v.* DEPARTMENT OF HUMAN RE-SOURCES OF GEORGIA. Ct. App. Ga. Certiorari denied.

No. 79–5981. RIVERA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–5986. MAHLER *v.* NELSON, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 79–5990. TAYLOR *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.